IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, vs. EZEQUIEL ZAVALA, Defendant. | 8:15CR101 ORDER |

UPON THE MOTION OF THE DEFENDANT, (#77) and no objection from the government,

**IT IS ORDERED:**

1. The Motion to Continue (#77) is granted.

2. The Change of Plea hearing is continued to February 18, 2016 at 1:30 p.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between January 19, 2016 and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

4. No further continuances will be granted, absent unusual circumstances.

5. Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 20th day of January, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge